IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -6 AM 10: 52

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                               Docket No. 04-20191-MI

TOMMY FULLER,

    Defendant.

---

### ORDER ALLOWING WITHDRAWAL OF DEFENSE COUNSEL

---

**IT APPEARING** to the Court that Defendant's oral motion in Court to allow defense Counsel Stephen A. Sauer to withdraw due to a conflict that has arisen is well taken and ought to be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Stephen A. Sauer, Attorney at Law, is hereby allowed to withdraw as counsel of record for the Defendant, Tommy Fuller, in the case referenced above.

**IT IS SO ORDERED**.

_____
THE HONORABLE
JON PHIPPS MCCALLA
JUDGE
UNITED STATES DISTRICT COURT

May 6, 2005
_____
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-9-05

53

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:04-CR-20191 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT