IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -6 AM 11: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. <u>04-20191-M1</u> |
| | * | |
| TOMMY FULLER, | * | |
| Defendant. | * | |

## ORDER OF DISMISSAL OF COUNT 2

Before the court is the Government's Motion to Dismiss Count Two of the indictment in this matter. For good cause shown, the motion is granted.

**IT IS SO ORDERED** this the ___6___ day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

Date: 07/06/2005

Approved by _____
Stephen P. Hall, AUSA

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7-6-05

57

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CR-20191 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT